**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **LISA PROVVEDI,** | ) |
| **Plaintiff,** | ) ) |
| v. | ) **Case No.:** 5:17-cv-01116-JFL |
| **TORRES CREDIT SERVICES,** | ) ) |
| **Defendant.** | ) ) |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal with prejudice and without cost to either party.

| | |
|---|---|
| */s/ Ronald M. Metcho* | */s/ Amy L. Bennecoff Ginsburg* |
| Ronald M. Metcho | Amy L. Bennecoff Ginsburg, Esq. |
| Marshall Dennehey Warner Coleman & Goggin, P.C. | Kimmel & Silverman, P.C. |
| | 30 East Butler Pike |
| 2000 Market Street | Ambler, PA 19002 |
| Suite 2300 | Phone: 215-540-8888 |
| Philadelphia PA 19103 | Fax: 877-788-2864 |
| Phone: (215) 575-2595 | Email: teamkimmel@creditlaw.com |
| Fax: (215) 575-0856 | Attorney for Plaintiff |
| Email: RMMetcho@MDWCG.com | |
| Attorney for Defendant | Date: July 14, 2017 |

Date: July 14, 2017

BY THE COURT:

_____
                                      J.

## Certificate of Service

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 14th day of July, 2017:

Ronald M. Metcho
Marshall Dennehey Warner Coleman & Goggin, P.C.
2000 Market Street
Suite 2300
Philadelphia PA 19103
Phone: (215) 575-2595
Fax: (215) 575-0856
Email: RMMetcho@MDWCG.com
Attorney for Defendant

*/s/ Amy L. Bennecoff Ginsburg*
Amy L. Bennecoff Ginsburg, Esq.
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Phone: 215-540-8888
Fax: 877-788-2864
Email: teamkimmel@creditlaw.com
Attorney for the Plaintiff